# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| **Malikie Innovations Ltd. and**<br>**Key Patent Innovations Ltd.** | § | |
| | § | |
| **Plaintiffs** | § | |
| **v.** | § | **CIVIL ACTION NO.  2:25-cv-946-JRG** |
| | § | |
| **SAP America, Inc. and SAP, SE.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **Defendants.** | § | |

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES

CAME ON FOR CONSIDERATION, Plaintiffs Malikie Innovations Ltd. and Key Patent Innovations, Ltd. (collectively, "Plaintiffs"), and defendants SAP America, Inc., and SAP, SE ("Defendants"), (collectively, the "Parties") Joint Motion to Stay All Deadlines and Notice of Settlement. Having considered the motion, it is hereby GRANTED.

Accordingly, all unreached deadlines in this matter are hereby STAYED for thirty (30) days.